1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN ROBERT DEMOS JR.,

                    Plaintiff,

   v.

UNITED STATES, *et al.*,

                    Defendants.

No.  2:21-CV-1248-BJR-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

12
13
14
15

     The Court, having reviewed the Report and Recommendation ("R&R") of Magistrate Judge David W. Christel, Plaintiff's objections to the Report and Recommendation, and the remaining record, hereby adopts the R&R and dismisses the proposed complaint without prejudice.

16
17
18
19
20
21
22
23
24
25
26

     As the R&R observed, Plaintiff has exceeded his limit of three IFP applications in a single year, all dismissed as frivolous, malicious, or for failure to state claim. *See, e.g., Demos v. Pence, et al.,* No. C21-109-BHS (W.D. Wash.); *Demos v. Dominion Voting Systems, et al*., No. C21-110-RAJ (W.D. Wash.); *Demos v. Holbrook, et al*., No. C21-217-RJB (W.D. Wash.); *Demos v. Federal PREA Reporting Office*, 2:21-cv-01221-RAJ (W.D. Wash. Sept. 14, 2021). Furthermore, his objections to the R&R lack merit. As an abusive litigant subject to a pre-filing bar order, Demos is required to demonstrate that he is in "imminent danger of serious physical injury" to proceed IFP. *See Demos v. Lehman*, MC99-113-JLW (W.D. Wash. Aug. 23, 1999). He has failed to do so, alleging voter fraud (with no supporting factual allegations) but nothing approaching "imminent danger of serious physical injury."

ORDER ADOPTING REPORT AND RECOMMENDATION- 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Plaintiff's IFP motion (Dkt. 1) is therefore DENIED, and the Proposed Amended Complaint (Dkt. 1-1) is DISMISSED WITHOUT PREJUDICE. The Clerk is directed to CLOSE this case and SEND copies of this Order to Plaintiff and to the Hon. David W. Christel.

DATED this 13th day of October, 2021.

*Barbara J Rothstein*

Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 2